No. 906, Misc. SPLITT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 903, Misc. BLACK *v.* CROCKER, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 909, Misc. SMITH *v.* HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 910, Misc. SHERIDAN *v.* ALABAMA. Ct. App. Ala. Certiorari denied.

No. 911, Misc. LAKAS *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 913, Misc. CASON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 916, Misc. MASSENGALE *v.* LESTER ET AL. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert B. Halloran* for respondent Lester.

No. 918, Misc. ALEXANDER *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 1112, Misc. MYERS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 920, Misc. LESTER *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.